JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE A. RUIZ,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER GEO GROUP, INC., et al.,<br>Respondent. | Case No. 5:26-cv-06629-SPG-CTS<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

Dated: November 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE